# MINUTE ORDER

Page 4

## Magistrate Judge Lauren F. Louis

**Atkins Building Courthouse - 11th Floor**    Date: 3/14/2022   Time: 1:30 p.m.

Defendant: 2) WAYNE SCOTT SIMPSON    J#: 05762-104   Case #: 21-CR-20405-MIDDLEBROOKS (SEALED)

AUSA: Roger Cruz    Attorney: Bunmi Lomax

Violation: CONSPIRACY TO COMMIT MAIL FRAUD AND WIRE FRAUD    Surr/Arrest Date: 3/14/2022   YOB: 1969

Proceeding: Initial Appearance    CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No    Recommended Bond:

Bond Set at:    Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs
☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses, except through counsel
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to:
☐ Other:

Language: English

Disposition:
The Government's Motion to Unseal is GRANTED
Defendant consents to appear by VTC
Defendant sworn - **AFPD APPOINTED**
Defendant held Temporary Pretrial Detention @ Government request, risk and danger.
**Due Process Protections Act Order Issued (BRADY)**

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

Report RE Counsel:
*PTD/Bond Hearing:* 3/17/22   10:00   Miami Duty
*Arraignment:*    3/17/22   10:00   Miami Duty
Status Conference RE:

D.A.R. 13:37:58/14:02:33/14:30:46/14:50:32    Time in Court: 30

s/Lauren F. Louis    Magistrate Judge